UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL ZEMEL,

   Plaintiff,

v.          Civil No. 16-4992(NLH/AMD)

**ORDER OF DISMISSAL**

CODE GREEN SOLAR LLC,

   Defendants.

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

 **IT IS** on this   23rd   day of  August , 2017

 **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

 **ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

             /s/ Noel L. Hillman
            NOEL L. HILLMAN, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL ZEMEL, ET AL,<br>            Plaintiff<br><br>v.<br><br>CODE GREEN SOLAR LLC,<br>            Defendant | Civil Action No. 16-4992(NLH/AMD)<br><br>60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION |

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** on this ___20th___ day of ___June___, 2017,

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE